UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASON A. MAHE,<br><br>　　　　　　　　　Plaintiff<br><br>　　v.<br><br>PERRY RUSSELL, *et al.*,<br><br>　　　　　　　　　Defendants | Case No.  3:21-cv-00300-MMD-WGC<br><br>**ORDER** |

**I.    DISCUSSION**

On July 14, 2021, Plaintiff, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), submitted a document titled Preliminary Injunction (ECF No. 1-1). Plaintiff has not filed a complaint.

Under Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a complaint with the court."  Fed. R. Civ. P. 3.   As such, the Court grants Plaintiff a **one-time** opportunity until **September 17, 2021** to submit a complaint to this Court.

Absent unusual circumstances, the Court will not grant any further extensions of time.  If Plaintiff is unable to file a complaint or before **September 17, 2021**, this case will be subject to dismissal without prejudice for Plaintiff to file a new case with the Court when Plaintiff is able to file a complaint.  A dismissal without prejudice means Plaintiff does not give up the right to refile the case with the Court, under a new case number, when Plaintiff is able to file a complaint.

**II.    CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff will submit a complaint to this Court on or before **September 17, 2021**.

IT IS FURTHER ORDERED that the Clerk of the Court will send to Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.  The Clerk of the Court will also send Plaintiff a copy of his Preliminary Injunction.  (ECF No. 1-1).

IT IS FURTHER ORDERED that, if Plaintiff does not file a complaint on or before **September 17, 2021**, this case will be subject to dismissal <u>without prejudice</u> for Plaintiff to refile the case with the Court, under a new case number, when Plaintiff is able to file a complaint.

DATED: July 19, 2021

_William G. Cobb_
UNITED STATES MAGISTRATE JUDGE